438 A.2d 641

Commonwealth v. Carey, Appellant.

574

Submitted May 22, 1981. Basil M. Degrazia, for appellant; William M. Kern, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and VAN der VOORT, JJ.

The judgment of sentence is hereby affirmed.